IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, National Association, successor by merger to Wachovia Bank, National Association, successor by merger to SouthTrust Bank, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:13cv810-MHT (WO) |
| CONNER BUSINESS SOLUTIONS, INC.; RENNOC PROPERTIES, LLC.; and CHARLES M. CONNER, | ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that, pursuant to the stipulation of dismissal (Doc. No. 13) this case is dismissed in its entirety without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 22nd day of January, 2014.

                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE